UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRISTON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:21-CV-81-KAC-JEM |
| ) | |
| CORRECTIONAL OFFICER BESTMAN, ) | |
| CORRECTIONAL OFFICER SEEMUS, ) | |
| UNIT MANAGER BRANDON ) | |
| ROBINSON, and ) | |
| STATE OF TENNESSEE ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum & Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). Plaintiff's state-law claims are **DISMISSED without prejudice**. 28 U.S.C. § 1367(c).

Because the Court **CERTIFIED** in the Memorandum & Order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                                    s/Katherine A. Crytzer
                                                    KATHERINE A. CRYTZER
                                                    United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT